## UNITED STATES IDSTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

THE PUEBLO OF ISLETA, a federally-
recognized Indian tribe, THE PUEBLO OF
SANDIA, a federally-recognized Indian tribe,
and THE PUEBLO OF TESUQUE, a
federally-recognized Indian tribe,

       Plaintiffs,

PUEBLO OF SANA ANA, a federally-
recognized Indian tribe and PUEBLO OF
SANTA CLARA, a federally-recognized
Indian tribe,

       Plaintiffs-in-Intervention,

v.                                                                                    No. 17-cv-654-SCY-KK

SUSANA MARTINEZ, in her official capacity
as Governor of the State of New Mexico,
JEFFREY S. LANDERS, in his official
capacity as Chair of the Gaming Control Board
of the State of New Mexico, PAULETTE
BECKER, in her official capacities as State
Gaming Representative and as a member of the
Gaming Control Board of the State of New
Mexico, and SALVATORE MANIACI, in his
official capacity as a member of the Gaming
Control Board of the State of New Mexico,

       Defendants.

## ENTRY OF APPEARANCE

COMES NOW Rodey, Dickason, Sloan, Akin & Robb, P.A. (Ed Ricco, Nelson Franse,

and Krystle A. Thomas) and enters its appearance on behalf of Defendants Susana Martinez,

Jeffrey S. Landers, Paulette Becker, and Salvatore Maniaci in connection with the above-

captioned matter.

2515379.1

Dated: June 30, 2017                              RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                                  By _____ */s/ Krystle A. Thomas*_____
                                                       Ed Ricco
                                                       Nelson Franse
                                                       Krystle A. Thomas
                                                  P. O. Box 1888
                                                  Albuquerque, NM 87103
                                                  Telephone:  (505) 765-5900
                                                  FAX:  (505) 768-7395
                                                  Email:     ericco@rodey.com
                                                             nfranse@rodey.com
                                                             kthomas@rodey.com
                                                  *ATTORNEYS FOR DEFENDANTS*


CERTIFICATE OF SERVICE

        I hereby certify that on June 30, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By __*/s/ Krystle A. Thomas*_____
        Krystle A. Thomas