IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE PUEBLO OF ISLETA,
a federally recognized Indian tribe,
et al.,

    Plaintiffs,

vs.                                   Case Number: 1:17-cv-00654-KG-KK

SUSANA MARTINEZ, in her official
capacity as Governor of the State of New Mexico,
et al.,

    Defendants.

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND COMPLAINT IN INTERVENTION

Defendants move for an extension of time until August 10, 2017, to respond to the Complaint and to the Complaint in Intervention in this matter. In support of this motion Defendants state that the Complaint is lengthy and complex, that the Complaint in Intervention raises essentially the same issues, and that counsel for Defendants would benefit from additional time to familiarize themselves with the issues and the factual background and to formulate an appropriate response.

Counsel for Plaintiffs and Plaintiffs in Intervention have agreed to the requested extension of time. Pursuant to D.N.M.LR-Civ. 7.1(a), this motion is unopposed.

WHEREFORE, Defendants request that the Court enter an Order extending Defendants' time to respond to the Complaint and to the Complaint in Intervention to August 10, 2017.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Edward Ricco*                                        .
   Edward Ricco
   Nelson Franse
   Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
E-mail:  ericco@rodey.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2017, the foregoing motion was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record as indicated on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Edward Ricco*                                        .
   Edward Ricco