IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE PUEBLO OF ISLETA,
a federally recognized Indian tribe,
et al.,

    Plaintiffs,

  vs.                    No. CIV 17-654 KG/KK

SUSANA MARTINEZ, in her official
Capacity as Governor of the State of
New Mexico, et al.,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND COMPLAINT IN INTERVENTION

This matter comes before the Court upon Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint and Complaint in Intervention (Doc. 20). Plaintiffs do not oppose the motion and the Court finds good cause to grant it.

IT IS THEREFORE ORDERED that Defendants shall file an answer or otherwise respond to the Complaint and the Complaint in Intervention by August 10, 2017.

_____
KIRTAN KHALSA
United States Magistrate Judge