**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 13 2017

4:30 pm

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE PUEBLO OF ISLETA,
a federally recognized Indian tribe,
et al.,

        Plaintiffs,

vs.                              Case Number: 1:17-cv-00654-KG-KK

SUSANA MARTINEZ, in her official
capacity as Governor of the State of New Mexico,
et al.,

        Defendants.

## AGREED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter comes before the Court on Defendants' unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint and the Complaint in Intervention in this matter. The Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Defendants shall have until August 10, 2017, to answer or otherwise respond to the Complaint and the Complaint in Intervention.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By_____/s/ Edward Ricco_____.
  Edward Ricco
  Nelson Franse
  Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone:   (505) 765-5900
*Attorneys for Defendants*

APPROVED:

*e-mail approval 7/10/17*
David C. Mielke
Douglas B.L. Endreson
Frank Holleman
*Attorneys for Plaintiffs Pueblo of Isleta
and Pueblo of Sandia*


*e-mail approval 7/10/17*
Thomas J. Peckham
*Attorneys for Plaintiff Pueblo of Tesuque*


*e-mail approval 7/10/17*
Richard W. Hughes
Donna M. Connolly
Reed C. Bienvenu
*Attorneys for Plaintiffs in Intervention Pueblo
of Santa Ana and Pueblo of Santa Clara*