IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE PUEBLO OF ISLETA,
a federally-recognized Indian tribe,
THE PUEBLO OF SANDIA, a
federally-recognized Indian tribe, and
THE PUEBLO OF TESUQUE, a
federally-recognized Indian tribe,

      Plaintiffs,

PUEBLO OF SANTA ANA,
a federally-recognized Indian tribe, and
PUEBLO OF SANTA CLARA, a
federally-recognized Indian tribe,

      Plaintiffs-in-Intervention,

            No.  17-cv-654-KG-KK

v.

SUSANA MARTINEZ, in her official capacity
as Governor of the State of New Mexico,
JEFFREY S. LANDERS, in his official capacity
as Chair of the Gaming Control Board of the
State of New Mexico, PAULETTE BECKER,
in her official capacities as State Gaming
Representative and as a member of the Gaming
Control Board of the State of New Mexico, and
SALVATORE MANIACI, in his official
capacity as a member of the Gaming Control
Board of the State of New Mexico,

      Defendants.

### ORDER APPROVING STIPULATION TO STAY
### OF ARBITRATION PROCEEDINGS

  This matter comes before the Court on the parties' Joint Motion to Approve Stipulation to

Stay of Arbitration Proceedings (Doc. 23) and the Stipulation to Stay of Arbitration Proceedings

2

(Doc. 25).  The Court having reviewed the Joint Motion and Stipulation, and finding that the motion is well taken, it is hereby

ORDERED, that the foregoing Stipulation to Stay of Arbitration Proceedings is hereby approved as an Order of this Court, this 25th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE