UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE PUEBLO OF ISLETA, A federally-recognized Indian tribe, THE PUEBLO OF SANDIA, a Federally-recognized Indian tribe, and THE PUEBLO OF TESUQUE, a Federally-recognized Indian tribe, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| PUEBLO OF SANTA ANA, A federally-recognized Indian tribe, and PUEBLO OF SANTA CLARA, a Federally-recognized Indian tribe, | ) ) ) ) ) ) |
| PUEBLO OF SAN FELIPE, a Federally-recognized Indian tribe, | ) ) ) |
| Plaintiffs-in-Intervention, | ) ) |
| | ) No. 17-cv-654-KG-KK |
| v. | ) ) |
| SUSANA MARTINEZ, in her official capacity As Governor of the State of New Mexico, JEFFERY S. LANDERS, in his official capacity As Chair of the Gaming Control Board of the State of New Mexico, PAULETTE BECKER, In her official capacities as State Gaming Representative and as a member of the Gaming Control Board of the State of New Mexico, and SALVATORE MANIACI, in his official Capacity as a member of the Gaming Control Board of the State of New Mexico, | ) ORDER GRANTING ) PUEBLO OF SAN FELIPE'S ) UNOPPOSED MOTION FOR ) LEAVE TO INTEREVENE ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

THIS MATTER having come before the Court on the Pueblo of San Felipe's Unopposed Motion for Leave to Intervene as a Plaintiff-Intervenor in the above-captioned action, and the Court having received the submissions and arguments of the parties and being fully informed.

FINDS that, for the reasons stated in the Pueblo of San Felipe's unopposed motion and accompanying memorandum of law, the Pueblo of San Felipe has shown that it is entitled to intervention as of right under Federal Rule of Civil Procedure 24(a)(2), or, in the alternative, that it is entitled to permissive intervention under Rule 24(b)(1)(B); and it is therefore

ORDERED, that the Pueblo of San Felipe is permitted to intervene in this action as Plaintiff-Intervenor and is allowed to file its Proposed Complaint-in-Intervention for Injunctive and Declaratory Relief; and it is

FURTHER ORDERED, that the Pueblo of San Felipe shall comply with the Initial Scheduling Order issued by the Court on July 17, 2017; and it is

FURTHER ORDERED, that Defendants shall answer or otherwise respond to the Pueblo of San Felipe's Complaint-in-Intervention on or before August 10, 2017, the same date their responses are due to the Complaint of the Pueblos of Sandia, Isleta and Tesuque and to the Complaint-in-Intervention of the Pueblos of Santa Clara and Santa Ana, provided that the Pueblo of San Felipe shall agree to a reasonable extension of that time if needed by Defendants.

FINALLY ORDERED, that the Order Approving Stipulation to Stay of Arbitration Proceedings issued by the Court on July 25, 2017 shall extend to arbitration proceedings against the Pueblo of San Felipe.

IT IS SO ORDERED this 31st day of July, 2017

_____
KIRTAN KHALSA
United States Magistrate Judge

Submitted by:

*/s/ Gwenellen P. Janov*____
Gwenellen P. Janov
Counsel for Proposed Plaintiff-Intervenor
Pueblo of San Felipe

Approved by:

*Per Electronic Authorization  7/28/17*
David C. Mielke
Counsel for Pueblo of Sandia and
Pueblo of Isleta

*Per Electronic Authorization  7/28/17*
Thomas J. Peckham
Counsel for Pueblo of Tesuque

*Per Electronic Authorization  7/28/17*
Richard W. Hughes
Counsel for Pueblo of Santa Ana and
Pueblo of Santa Clara

*Per Electronic Authorization  7/28/17*
Edward Ricco
Counsel for Defendants