IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE PUEBLO OF ISLETA, a federally-recognized Indian tribe, THE PUEBLO OF SANDIA, a federally-recognized Indian tribe, and THE PUEBLO OF TESUQUE, a federally-recognized Indian tribe,

       Plaintiffs,

PUEBLO OF SANA ANA, a federally-recognized Indian tribe, and PUEBLO OF SANTA CLARA, a federally-recognized Indian tribe,

PUEBLO OF SAN FELIPE, a federally-recognized Indian tribe,

       Plaintiffs-in-Intervention,

v.                                                                                          No. 17-cv-654-KG-KK

SUSANA MARTINEZ, in her official capacity as Governor of the State of New Mexico, JEFFREY S. LANDERS, in his official capacity as Chair of the Gaming Control Board of the State of New Mexico, PAULETTE BECKER, in her official capacities as State Gaming Representative and as a member of the Gaming Control Board of the State of New Mexico, and SALVATORE MANIACI, in his official capacity as a member of the Gaming Control Board of the State of New Mexico,

       Defendants.

## JOINT MOTION TO EXTEND DEADLINES

Plaintiffs, Plaintiffs-in-Intervention, and Defendants jointly move this Court to extend the current deadlines contained in the Court's July 17, 2017 Initial Scheduling Order. As basis for the extension, the parties state as follows:

1. The Court ordered the parties to meet and confer by August 7, 2017. The parties have met and conferred twice, both in person on July 28, 2017, and telephonically on August 7, 2017. During these meet and confer sessions, the parties discussed, among other things, ways in which they could best structure the litigation while preserving the parties' rights and serving the interests of judicial economy. The parties have not yet come to an agreement, but are actively discussing possible options.

2. The Court has set deadlines for submission of the joint status report (August 18, 2017), initial disclosures (August 21, 2017), and a telephonic Rule 16 initial scheduling conference (August 28, 2017). Defendants' current deadline for filing their Answer is August 10, 2017.

3. Given the complex nature of the parties' claims, and their current attempts to agree upon a proposed structure for this case, the parties have agreed to request jointly an extension of Defendants' Answer deadline to from August 10 to August 31, 2017. For the same reasons and also because of the timing of Labor Day, the parties jointly request that the Court similarly extend the remaining current deadlines by four weeks and reschedule the initial scheduling conference at the Court's convenience, as set forth in the proposed order submitted to chambers.

Respectfully submitted,

Dated: August 11, 2017

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____/s/ Krystle A. Thomas_____
  Nelson Franse
  Ed Ricco
  Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
nfranse@rodey.com
ericco@rodey.com
kthomas@rodey.com
*Attorneys for Defendants*

2

SONOSKY, CHAMBERS, SACHSE, MIELKE & BROWNELL, LLP

By  *Approved via e-mail 8/10/2017*
    David C Mielke
500 Marquette Ave. NW, Suite 660
Albuquerque, NM 87102
Telephone:  (505) 247-0147
Fax: (505) 843-6912
dmielke@abqsonosky.com

-and-

SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY, LLP

By  *Approved via e-mail 8/10/2017*
    Douglas B.L. Endreson
    Frank S. Holleman
1425 K St. NW, Suite 600
Washington, DC 20005
Telephone:  (202) 682-0240
Fax: (202) 682-0249
dendreson@sonosky.com
fholleman@sonosky.com
*Attorneys for Pueblo of Isleta and Pueblo of Sandia*

ROTHSTEIN DONATELLI, LLP

By  *Approved via e-mail 8/10/2017*
    Richard W. Hughes
    Donna M. Connelly
    Reed C. Bienvenu
1215 Paseo de Peralta
P.O. Box 8180
Santa Fe, NM 87504
505-988-8004 / Fax: 505-982-0307
rwhughes@rothsteinlaw.com
donna@rothsteinlaw.com
rbienvenu@rothsteinlaw.com
*Attorneys for Pueblo of Santa Ana and Pueblo of Santa Clara*

JANOV LAW OFFICES, PC

By _____*Approved via e-mail 8/9/2017*_____
    Gwenellen P Janov
901 Rio Grande Blvd, NW, #F-144
Albuquerque, NM 87104
(505) 842-8302
gjanov@janovlaw.com
*Attorneys for Pueblo of San Felipe*

TENORIO LAW OFFICE, PA

By _____*Approved 8/9/2017*_____
    Joe M Tenorio
7720 San Agustine St. NW
Albuquerque, NM 87120
505-228-4823
joe@tenoriolawoffices.com
*Attorneys for Pueblo of San Felipe*

NORDHAUS LAW FIRM, LLP

By _____*Approved via e-mail 8/10/2017*_____
    Thomas J Peckham
6705 Academy Rd. NE, Suite A
Albuquerque, NM 87109-3361
505-243-4275
Fax: 505-243-4464
tpeckham@nordhauslaw.com
*Attorneys for The Pueblo of Tesuque*

CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By __*/s/ Krystle A. Thomas*_____
    Krystle A. Thomas