IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE PUEBLO OF ISLETA, a federally-recognized Indian tribe, THE PUEBLO OF SANDIA, a federally-recognized Indian tribe, and THE PUEBLO OF TESUQUE, a federally-recognized Indian tribe,

      Plaintiffs,

PUEBLO OF SANA ANA, a federally-recognized Indian tribe, and PUEBLO OF SANTA CLARA, a federally-recognized Indian tribe,

PUEBLO OF SAN FELIPE, a federally-recognized Indian tribe,

      Plaintiffs-in-Intervention,

v.     No. 17-cv-654-KG-KK

SUSANA MARTINEZ, in her official capacity as Governor of the State of New Mexico, JEFFREY S. LANDERS, in his official capacity as Chair of the Gaming Control Board of the State of New Mexico, PAULETTE BECKER, in her official capacities as State Gaming Representative and as a member of the Gaming Control Board of the State of New Mexico, and SALVATORE MANIACI, in his official capacity as a member of the Gaming Control Board of the State of New Mexico,

      Defendants.

## STIPULATED ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

THIS MATTER, having come before the Court on the parties' Joint Motion to Extend Deadlines, and the Court having reviewed the motion and having noted the concurrence of all counsel, FINDS that good cause exists for granting the motion.

IT IS, THEREFORE, ORDERED that the joint motion to extend is granted as follows:

1.	Defendants' deadline to answer the Complaint is extended to August 31, 2017.

2.	The parties' deadline for submission of the joint status report is extended to September 15, 2017.

3.	The parties' deadline for submission of initial disclosures is extended to September 18, 2017.

4.	The Rule 16 Conference currently scheduled for August 28, 2017, is vacated and will be reset by the Court.

_____
The Honorable Kirtan Khalsa
United States Magistrate Judge

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By           */s/ Krystle A. Thomas*
	Nelson Franse
	Ed Ricco
	Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
nfranse@rodey.com
ericco@rodey.com
kthomas@rodey.com
*Attorneys for Defendants*

SONOSKY, CHAMBERS, SACHSE, MIELKE & BROWNELL, LLP

By           *Approved via 3-mail 8/10/2017*
	David C Mielke
500 Marquette Ave. NW, Suite 660
Albuquerque, NM 87102
Telephone: (505) 247-0147
Fax: (505) 843-6912
	dmielke@abqsonosky.com

-and-

2

SONOSKY, CHAMBERS, SACHSE, ENDRESON &
PERRY, LLP

By _____*Approved via e-mail 8/10/2017*_____
    Douglas B.L. Endreson
    Frank S. Holleman
1425 K St. NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-0240
Fax: (202) 682-0249
dendreson@sonosky.com
fholleman@sonosky.com
*Attorneys for Pueblo of Isleta and Pueblo of Sandia*

ROTHSTEIN DONATELLI, LLP

By _____*Approved via e-mail 8/10/2017*_____
    Richard W. Hughes
    Donna M. Connelly
    Reed C. Bienvenu
1215 Paseo de Peralta
P.O. Box 8180
Santa Fe, NM 87504
505-988-8004 / Fax: 505-982-0307
rwhughes@rothsteinlaw.com
donna@rothsteinlaw.com
rbienvenu@rothsteinlaw.com
*Attorneys for Pueblo of Santa Ana and Pueblo of Santa Clara*

JANOV LAW OFFICES, PC

By _____*Approved via e-mail 8/9/2017*_____
    Gwenellen P Janov
901 Rio Grande Blvd, NW, #F-144
Albuquerque, NM 87104
(505) 842-8302
gjanov@janovlaw.com
*Attorneys for Pueblo of San Felipe*

TENORIO LAW OFFICE, PA

By _____*Approved 8/9/2017*_____
    Joe M Tenorio
7720 San Agustine St. NW
Albuquerque, NM 87120
505-228-4823
joe@tenoriolawoffices.com
*Attorneys for Pueblo of San Felipe*

NORDHAUS LAW FIRM, LLP

By _____*Approved via e-mail 8/10/2017*_____
    Thomas J Peckham
6705 Academy Rd. NE, Suite A
Albuquerque, NM 87109-3361
505-243-4275
Fax: 505-243-4464
tpeckham@nordhauslaw.com
*Attorneys for The Pueblo of Tesuque*