UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE PUEBLO OF ISLETA, ) | |
| A federally-recognized Indian tribe, ) | |
| THE PUEBLO OF SANDIA, a ) | |
| Federally-recognized Indian tribe, and ) | |
| THE PUEBLO OF TESUQUE, a ) | |
| Federally-recognized Indian tribe, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| PUEBLO OF SANTA ANA, ) | |
| A federally-recognized Indian tribe, and ) | |
| PUEBLO OF SANTA CLARA, a ) | |
| Federally-recognized  Indian tribe, ) | |
| ) | |
| PUEBLO OF SAN FELIPE, a ) | |
| Federally-recognized Indian tribe, ) | |
| ) | |
| **Plaintiffs-in-Intervention,** ) | |
| v. ) | No. 17-cv-654-KG-KK |
| ) | |
| SUSANA MARTINEZ, in her official capacity ) | |
| As Governor of the State of New Mexico, ) | |
| JEFFERY S. LANDERS, in his official capacity ) | |
| As Chair of the Gaming Control Board of the ) | |
| State of New Mexico, RAECHELLE ) | |
| CAMACHO,  in her official capacity as ) | |
| Acting State Gaming   Representative, and ) | |
| SALVATORE MANIACI, in his official ) | |
| Capacity as a member of the Gaming Control ) | |
| Board of the State of New Mexico, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER

**THIS MATTER** comes before the Court on the Unopposed Motion of Plaintiffs and Plaintiffs-in-Intervention to Extend Deadline for Rule 26(a)(1)(A) Initial Disclosures.  Defendants do not oppose this motion and the Court finds good cause to grant it.

**IT IS THEREFORE ORDERED** that the deadline for all parties to file their Initial Disclosures is now September 22, 2017.

*/s/ Kirtan Khalsa*
**KIRTAN KHALSA**
**United States Magistrate Judge**

SUBMITTED BY:
*Electronically submitted on 9/13/17*
Gwenellen P. Janov
Joe Tenorio
Attorneys for Pueblo of San Felipe

Thomas J. Peckham
Attorney for the Pueblo of Tesuque

David C. Mielke
Douglas B.L. Endreson
Frank S. Holleman
Attorneys for Pueblo of Sandia and
Pueblo of Isleta

Richard W. Hughes
Donna M. Connolly
Reed C. Bienvenu
Attorneys for Pueblo of Santa Ana and
Pueblo of Santa Clara

CONCURRENCE BY:

Krystle A. Thomas (by electronic mail 9/13/17)
Attorney for Defendants