IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**THE PUEBLO OF ISLETA, a federally-recognized Indian tribe, THE PUEBLO OF SANDIA, a federally-recognized Indian tribe, and THE PUEBLO OF TESUQUE, a federally-recognized Indian tribe,**

      **Plaintiffs,**

**PUEBLO OF SANA ANA, a federally-recognized Indian tribe and PUEBLO OF SANTA CLARA, a federally-recognized Indian tribe; and**

**PUEBLO OF SAN FELIPE, a federally-recognized Indian tribe,**

      **Plaintiffs-in-Intervention,**

v.                                                                                        No. 1:17-CV-00654-KG-KK

**SUSANA MARTINEZ, in her official capacity as Governor of the State of New Mexico, JEFFREY S. LANDERS, in his official capacity as Chair of the Gaming Control Board of the State of New Mexico, RAECHELLE CAMACHO, in her official capacity as Acting State Gaming Representative, and SALVATORE MANIACI, in his official capacity as a member of the Gaming Control Board of the State of New Mexico,**

      **Defendants.**

## NOTICE OF WITHDRAWAL OF DOCUMENT 50

Defendants Susana Martinez, Jeffrey S. Landers, Paulette Becker, and Salvatore Maniaci ("Defendants") notify the Court that they are withdrawing Defendants' Motion to Consolidate [Doc. 50] pursuant to Local Rule of Civil Procedure 7.7. Defendants are withdrawing this

motion because Defendants have elected to voluntarily dismiss the lawsuit that they sought to consolidate with the present action.

Plaintiffs consent to Defendants' withdrawal of their motion. Therefore, pursuant to Local Rule of Civil Procedure 7.7, this notice withdraws Defendants' Motion to Consolidate [Doc. 50] from the Court's consideration.

Dated: November 15, 2017

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Krystle A. Thomas*
    Ed Ricco
    Nelson Franse
    Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
ericco@rodey.com
nfranse@rodey.com
kthomas@rodey.com
*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Krystle A. Thomas*
    Krystle A. Thomas