IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE PUEBLO OF ISLETA, a federally-recognized Indian tribe, THE PUEBLO OF SANDIA, a federally-recognized Indian tribe, and THE PUEBLO OF TESUQUE, a federally-recognized Indian tribe, <br><br>       Plaintiffs, <br><br>PUEBLO OF SANTA ANA, a federally-recognized Indian tribe, and PUEBLO OF SANTA CLARA, a federally-recognized Indian tribe, <br><br>PUEBLO OF SAN FELIPE, a federally-recognized Indian tribe, <br><br>       Plaintiffs-in-Intervention, <br><br>v. <br><br>SUSANA MARTINEZ, in her official capacity as Governor of the State of New Mexico, JEFFREY S. LANDERS, in his official capacity as Chair of the Gaming Control Board of the State of New Mexico, RAECHELLE CAMACHO, in her official capacities as Interim State Gaming Representative and as a member of the Gaming Control Board of the State of New Mexico, and SALVATORE MANIACI, in his official capacity as a member of the Gaming Control Board of the State of New Mexico, <br><br>       Defendants. | No. 1:17-cv-00654-KG-KK |

**ORDER EXTENDING
CASE MANAGEMENT DEADLINES**

    Having reviewed the unopposed motion of the Plaintiffs and Plaintiffs-in-Intervention

to extend the case management deadlines set forth in the Order Setting Case Management

Deadlines, ECF No. 48 (Sept. 25, 2017), and having found good cause shown in the motion, the Court hereby grants the motion to extend. The case management deadlines shall all be extended by one month, such that the amended deadlines shall be as follows:

a) Plaintiffs/Plaintiffs-in-Intervention's Rule 26(a)(2) expert disclosure[1]: **February 15, 2018**

b) Defendants' Rule 26(a)(2) expert disclosure[1]: **March 15, 2018**

c) Termination date for discovery: **April 16, 2018**

d) Motions relating to discovery to be filed by: **May 7, 2018**

e) Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: **May 16, 2018**

f) Pretrial Order: Plaintiffs/Plaintiffs-in-Intervention to Defendants by: **August 9, 2018**

g) Pretrial Order: Defendants to Court by: **August 23, 2018**

**IT IS SO ORDERED.**

KIRTAN KHALSA
United States Magistrate Judge

Submitted By:

*/s/ Richard W. Hughes*
Richard W. Hughes
*Counsel for the Proposed Plaintiff-Intervenors*
*Pueblo of Santa Ana and Pueblo of Santa Clara*

---

[1] Parties must disclose the names of all expert witnesses, the subject matter on which the experts will present evidence, and a summary of the facts and opinions to which the experts are expected to testify by this date. Experts who are retained or specifically employed to provide expert testimony must also submit an expert report by this date. *See* Fed. R. Civ. P. 26(a)(2). The parties must have their retained expert(s) ready to be deposed at the time they identify them and provide their reports. Expert witnesses who are not required to provide a written report may be deposed before summary disclosure.

*David C. Mielke*
David C. Mielke
*Counsel for Pueblo of Isleta and*
*Pueblo of Sandia*


*Thomas J. Peckham*
Thomas J. Peckham
*Counsel for Pueblo of Tesuque*


*Gwenellen P. Janov*
Gwenellen P. Janov
*Counsel for Pueblo of San Felipe*

3