IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE PUEBLO OF ISLETA, a federally-recognized Indian tribe, THE PUEBLO OF SANDIA, a federally-recognized Indian tribe, and THE PUEBLO OF TESUQUE, a federally-recognized Indian tribe,

Plaintiffs,

PUEBLO OF SANTA ANA, a federally-recognized Indian tribe, and PUEBLO OF SANTA CLARA, a federally-recognized Indian tribe, PUEBLO OF SAN FELIPE, a federally-recognized Indian tribe,

Plaintiffs-in-Intervention,

v.

SUSANA MARTINEZ, in her official capacity as Governor of the State of New Mexico, JEFFREY S. LANDERS, in his official capacity as Chair of the Gaming Control Board of the State of New Mexico, RAECHELLE CAMACHO, in her official capacity as Acting State Gaming Representative, and SALVATORE MANIACI, in his official capacity as a member of the Gaming Control Board of the State of New Mexico,

Defendants.

No. 1:17-cv-00654-KG-KK

**NOTICE, CONSENT, AND REFERENCE OF DISPOSITIVE MOTIONS TO A MAGISTRATE JUDGE[1]**

*Notice of a magistrate judge's availability.* United States Magistrate Judge Kirtan Khalsa of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold

---

[1] This document is based upon the "Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge" form, available at http://www.uscourts.gov/sites/default/files/ao085a.pdf.

1

your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* Pursuant to 28 U.S.C. § 636(c) and Local Rule 73.2, the following parties consent to have a Magistrate Judge Khalsa conduct any and all proceedings and enter a final order as to each motion identified below:

- **Defendants' Motion for Summary Judgment on the Issue of Arbitrability (ECF No. 55)**

- **Plaintiffs-In-Intervention Santa Ana, Santa Clara And San Felipe's And Plaintiff Tesuque's Motion For Summary Judgment (ECF No. 67)**

- **Plaintiffs Pueblo of Isleta's And Pueblo of Sandia's Motion for Summary Judgment and Supporting Authorities (ECF No. 68)**

| Names of Parties | Signatures | Dates |
|---|---|---|
| Plaintiffs the Pueblo of Isleta and the Pueblo of Sandia | /s/ Gary F. Brownell | 10/15/18 |
| Plaintiff the Pueblo of Tesuque | /s/ Thomas J. Peckham | 10/15/18 |
| Plaintiffs-in-Intervention the Pueblo of Santa Clara and the Pueblo of Santa Ana | /s/ Reed C. Bienvenu | 10/15/18 |
| Plaintiff-in-Intervention the Pueblo of San Felipe | /s/ Gwenellen P. Janov | 10/15/18 |
| Defendants Susana Martinez, in her official capacity as Governor of the State of New Mexico, Jeffrey S. Landers, in his official capacity as Chair of the Gaming Control Board of the State of New Mexico, Raechelle Camacho, in her official capacity as Acting State Gaming Representative, and Salvatore Maniaci, in his official capacity as a member of the Gaming Control Board of the State of New Mexico | /s/ Eric J. Locher (with permission) | 10/15/18 |

**Reference Order**

IT IS ORDERED: The motions are referred to United States Magistrate Judge Kirtan Khalsa to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c) and Local Rule 73.2.

Date: 16 OCT 2018

UNITED STATES DISTRICT JUDGE

2